IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
In re:                                       :    Chapter 11
                                             :    Case No. 06-cv-00325(GMS)
                                             :    Bankruptcy Case No. 05-11168 (MFW)
MERIDIAN AUTOMOTIVE SYSTEMS                  :
-- COMPOSITES OPERATIONS,                    :
INC., et al.,                                :
                                             :
                     Debtors.                :
---------------------------------------------x

## STIPULATION OF DISMISSAL OF APPEAL

**IT IS HEREBY STIPULATED AND AGREED**, by and among Appellant

Milbank, Tweed, Hadley & McCloy LLP ("Milbank") and Appellee Stanfield Capital Partners

LLC ("Stanfield") that Milbank's appeal of the Order of the Bankruptcy Court granting

Stanfield's Motion for Entry of an Order Disqualifying Milbank as Counsel to Committee of

First Lien Secured Lenders, is hereby dismissed with prejudice, each party to bear its own costs.

Dated:       October 18, 2006
             Wilmington, Delaware

SMITH, KATZENSTEIN & FURLOW LLP          MONZACK AND MONACO, P.A.

By: _____            By: _____
Kathleen M. Miller, Esq. (2858)          Francis A. Monaco, Jr., Esq. (#2078)
The Corporate Plaza                      1201 N. Orange Street, Suite 400
800 Delaware Avenue                      Wilmington, Delaware 19801
Wilmington, Delaware 19899               (302) 656-8162
(302) 652-8400

                                         ANDERSON KILL & OLICK, P.C.
MILBANK, TWEED, HADLEY & McCLOY          J. Andrew Rahl, Jr., Esq.
LLP                                      James Andriola, Esq.
Thomas A. Arena, Esq. (TA 4613)          1251 Avenue of the Americas
James C. Tecce, Esq. (JT 5910)           New York, New York 10020
1 Chase Manhattan Plaza                  (212) 278-1000
New York, New York 10005-1413
(212) 530-5000
                                         *Counsel for Appellee Stanfield Capital Partners*
*Counsel for Appellant Milbank, Tweed, Hadley*  *LLC*
*& McCloy LLP*

NYDOCS1-837939.2